IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Cleo Baylor; Remedios Baylor,<br><br>      Plaintiffs,<br><br>vs.<br><br>Attorney Kenneth W. Fish; Diane Hayes, d/b/a Diane Hayes Greenwood County Assessor's Office; Angela Woodhurst, d/b/a Angela Woodhurst, CCCP and GS; Greenwood County; Citicorp Bank, FSB, n/k/a Citibank; Curtis G. Clark, Special Referee Greenwood County; Lillie Kate Womack; Katherine Clark; Transit Leasing; Richard R. Bell; Country Bank; Green Bank and Trust; Moss & Associates, Attorneys, P.A.; Save Your Home Law Center; Delfini Glover; Riley, Pope & Laney, LLC; Sheriff Tony Davis, Greenwood County Sheriff Department; Dr. Eugene Gay; Attorney Sandra L. Burr, Burr & Associates, LLC; Attorney Brett F. Kline, Burr & Associates, LLC; Robin Murdock; Beverly A. Grimes; Ford Motor Credit Company; Chase Home Finance, LLC; Gerald and Garcia Glur,<br><br>      Defendants. | C/A No. 8:13-1660-GRA-KFM<br><br>**REPORT AND RECOMMENDATION** |

    This is a civil action filed by *pro se* litigants. Plaintiffs paid the full costs associated with filing this action. *See* Receipt No. SCX300050622. By order dated July 8, 2013, Plaintiffs were given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process.[1] Order, ECF No. 8. Plaintiffs were warned that failure to provide the necessary information within the timetable set in the order may subject the case to dismissal for

---

[1] This court's standing order, *In Re: Procedures in Civil Actions Filed by Non-Prisoner Pro Se Litigants*, 3:07-mc-5015-JFA (D.S.C. Sept. 18, 2007), is applied to this action.

failure to prosecute and failure to comply with an order of this court. *Id.* Plaintiffs did not respond to the July 8, 2013, order, and the time for response has lapsed.

Plaintiffs have failed to prosecute this case and have failed to comply with an order of this court. It is recommended that this case be dismissed *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Plaintiffs' attention is directed to the important notice on the next page.

Kevin F. McDonald
United States Magistrate Judge

August 7, 2013
Greenville, South Carolina

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

> Larry W. Propes, Clerk
> United States District Court
> 300 East Washington Street, Room 239
> Greenville, South Carolina 29601

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).